Erik E. Child, Esq. SBN195104
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone: (916) 369-9750

Attorneys for Plaintiffs,
PATRICK DUDDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DUDDY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>NANILOA RESORT HOTEL AND DOES 1 TO 50<br>　　　　　　　Defendants. | CASE NO: 2:07-CV-01387-LKK-DAD<br><br>**REQUEST AND ORDER OF DISMISSAL** |

　　　IT IS HEREBY REQUESTED by and between the Plaintiff in this action through his designated counsel that this action be and is hereby dismissed without prejudice pursuant to FRCP 41 (a)(2). No party other then Plaintiff has appeared in this matter.

Dated: September 13, 2007

BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*

By:　/s/ by Erik E. Child
　　　Erik E. Child, Esq.
　　　Attorneys for Plaintiffs,
　　　PATRICK DUDDY

IT IS SO ORDERED

Dated: September 14, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATED DISMISSAL AND PROPOSED ORDER